IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | |
|---|---|
| **CHAD LOCHRIDGE, EVERETTE LOCHRIDGE,** <br> **TWYLA LOCHRIDGE, PATRICIA LEACH,** <br> **CARLIS SMITH, LYDIA SMITH, and** <br> **REBECCA SMITH** | **PLAINTIFFS** |
| vs.    Case No. 5:12-cv-5047-JLH | |
| **LINDSEY MANAGEMENT CO., INC.** | **DEFENDANT** |

### NOTICE OF APPEARANCE—STEVE RAULS

COMES NOW Attorney Steve Rauls and does hereby enter his appearance on behalf of Plaintiffs herein. Mr. Rauls will serve as co-counsel with Mr. Josh Sanford, Ms. Vanessa Kinney, Mr. David Hughes, and Ms. Delena Hurst. He certifies that he is a member in good standing of the Bar of the Western District of Arkansas and is a registered CM/ECF filer.

Respectfully submitted,

**STEVE RAULS**

SANFORD LAW FIRM, PLLC
ONE FINANCIAL CENTER
650 SOUTH SHACKLEFORD, SUITE 411
LITTLE ROCK, ARKANSAS 72211
TELEPHONE: (501) 221-0088
FACSIMILE: (888) 787-2040

By:  /s/ Steve Rauls
     Steve Rauls
     Ark. Bar No. 2011170
     steve@sanfordlawfirm.com

## **CERTIFICATE OF SERVICE**

I, Steve Rauls, do hereby certify that on September 8, 2014, a true and correct copy of the foregoing NOTICE OF APPEARANCE was filed via the CM/ECF system and that the attorneys named below have consented to the electronic distribution of pleadings, notices and reports by the CM/ECF system:

Eva C. Madison, Esq.
Kimberly Coats, Esq.
LITTLER MENDELSON, P.C.
The Fulbright Building
217 East Dickson St., Suite 204
Fayetteville, Arkansas 72701
emadison@littler.com
kcoats@littler.com

Kimberly Rives Miers, Esq.
Jeremy Hawpe, Esq.
LITTLER MENDELSON, P.C.
2001 Ross Avenue, Suite 1500, Box 116
Dallas, Texas 75201
kmiers@littler.com
jhawpe@littler.com

/s/ Steve Rauls
**STEVE RAULS**