# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
## FAYETTEVILLE DIVISION

### MINUTES

Chad Lochridge, et al

**PLAINTIFF**

    ATTY: Josh Sanford/Delena Hurst

          Stephen Rauls

Lindsey Management Co., Inc.

**DEFENDANT**

    ATTY: Kim Miers/Jeremy Hawpe

          Eva Madison

JUDGE: Jimm Larry Hendren, U. S. District Judge

REPORTER: Theresa Sawyer

CLERK: Gail Garner

CASE NO. 12-5047

INTERPRETER:

DATE: September 22, 2014

ACTION: Civil Jury Trial (Day One)

| TIME | MINUTES |
|---|---|
| 8:30 am | Pretrial Conference. |
| 9:30 am | Convene - voir dire by court and counsel. |
|  | Five jurors excused for cause. |
|  | Jury of nine selected and sworn to try issues. |
| 12:33 pm | Lunch recess. |
| 2:02 pm | Reconvene. |
|  | Rule invoked. |
|  | Preliminary instructions to the jury by the court. |
|  | Opening statements by counsel. |
|  | Testimony begins on behalf of the plaintiffs with: 1. Everett Lochridge. |
|  | Jury released until 8:30 a.m. tomorrow. |
| 4:58 pm | Adjourn. |