CASE NO. 12-5047 Lochridge, et al v. Lindsey Mgmt. Co.  DATE: 9/26/14 (Day 5)

| TIME | MINUTES |
|---|---|
| 8:30 am | Convene. |
| | Testimony continues on behalf of defendant with witness Job Branch; 12. Linda Danforth via deposition; |
| | 13. Trevor Tompkins. |
| | Defendant rests. |
| | Jury instructed according to the law. |
| | Closing arguments by counsel. |
| 11:46 am | Jury retires to begin deliberations. |
| 4:33 pm | Jury returns with its verdict in favor of the defendant. |
| | No request for jury poll; verdict is accepted and judgment will be entered accordingly. |
| 4:40 pm | Adjourn. |