IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

CHAD LOCHRIDGE; EVERETTE LOCHRIDGE;
TWYLA LOCHRIDGE; PATRICIA LEACH;
CARLIS SMITH; LYDIA SMITH; and REBECCA SMITH             PLAINTIFFS

v.                      Civil No. 12-5047

LINDSEY MANAGEMENT CO., INC.                              DEFENDANT

## VERDICT (LIABILITY)

**INTERROGATORY NO. 1:**

Do you find from a preponderance of the evidence that Lindsey Management Company, Inc., properly classified Chad Lochridge as an exempt employee?

  ___YES___
  (Yes or no)

  ___/s/___
  (foreperson)

  ___9-26-14___
  (date)

**INTERROGATORY NO. 2:**

Do you find from a preponderance of the evidence that Lindsey Management Company, Inc., properly classified Everette Lochridge as an exempt employee?

    YES
_____
  (foreperson)
    9-26-14
_____
  (date)


**INTERROGATORY NO. 3:**

Do you find from a preponderance of the evidence that Lindsey Management Company, Inc., properly classified Twyla Lochridge as an exempt employee?

    YES
_____
  (foreperson)
    9-26-14
_____
  (date)

**INTERROGATORY NO. 4:**

Do you find from a preponderance of the evidence that Lindsey Management Company, Inc., properly classified Patricia Leach as an exempt employee?

__YES_____

\_\(foreperson)
__9-26-14_____
(date)

**INTERROGATORY NO. 5:**

Do you find from a preponderance of the evidence that Lindsey Management Company, Inc., properly classified Carlis Smith as an exempt employee?

__YES_____

\_(foreperson)
__9-26-14_____
(date)

**INTERROGATORY NO. 6:**

Do you find from a preponderance of the evidence that Lindsey Management Company, Inc., properly classified Lydia Smith as an exempt employee?

    YES
    ―――――――――――――――
    (foreperson)
    9-26-14
    (date)

**INTERROGATORY NO. 7:**

Do you find from a preponderance of the evidence that Lindsey Management Company, Inc., properly classified Rebecca Smith as an exempt employee?

    YES
    ―――――――――――――――
    (foreperson)
    9-26-14
    (date)

Answer Interrogatory No. 8 only if you have answered "no" to at least one of the first seven Interrogatories. Do not include any names in your answer to Interrogatory No. 8 as to which you answered "yes" in one of the first seven Interrogatories.

**INTERROGATORY NO. 8:**

If you find from a preponderance of the evidence that Lindsey Management Company acted willfully in misclassifying any plaintiff as an exempt employee, write that plaintiff's name (or those plaintiffs' names) in the space below.

_____

_____

_____

_____

_____

_____

_____

_____

_____
(foreperson)

_____
(date)

When you have completed your answers to these Interrogatories, please return to the courtroom with your verdict, where you will receive further instructions on your duties as jurors.

-5-